JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDERSON GARCIA-ROJAS,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-04627-DOC-DMK<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It IS ADJUDGED that the Petition for Writ of Habeas Corpus is granted.

DATED: August 27, 2026

David O. Carter

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE